IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **WILLIAM G. JOHNSON II** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | Case No.: 4:09-cv-00449 RWS |
| ) | |
| ) | JURY TRIAL DEMANDED |
| **EQUIFAX INFORMATION** ) | |
| **SERVICES, LLC.,** ) | |
| **CSC CREDIT SERVICES, INC.,** ) | |
| **TRANS UNION LLC,** ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC.,** ) | |
| **LVNV FUNDING, LLC,** ) | |
| **OSI COLLECTION SERVICES, INC.** ) | |
| **and FIRST ADVANTAGE** ) | |
| **SAFERENT, INC.** ) | |
| ) | |
| **Defendants.** ) | |

**MOTION TO EXTEND THE TIME WITHIN WHICH TO FILE STIPULATION
FOR DISMISSAL AS TO DEFENDANT EXPERIAN**

Comes now Plaintiff and states:

1. This case has been resolved with CSC/Equifax, Trans Union, Experian and LVNV. Trans Union, Equifax, CSC and LVNV have been dismissed. On May 3 this Court entered its order that motions for dismissal be filed as to Defendant LVNV within 30 days. The Court then extended the time to dismiss as to Experian until June 2, 2010.

2. As Plaintiff has previously advised the Court, the completion of Fair Credit Reporting Act cases, especially cases with allegations of mixed files and/or identity theft, involves more detail work than is ordinarily involved with most resolutions and the parties have been working diligently. This case was especially troublesome as to Experian because several medical care providers treat both Plaintiff and his father and

were mixing up the data or billing the wrong insurance company or billing the wrong person, then reporting the Plaintiff for failing to pay a bill he never received, was not his or which should have been paid by insurance but for the providers' mistakes.  Both Experian and Plaintiff want his credit file to be correct before concluding this settlement.  Since the settlement both Plaintiff and Experian have been cooperating and working diligently contacting the medical care providers and collection agencies to straighten out the matter.

     3.     Plaintiff was able to obtain acknowledgment from the parties involved that these matters should not be reported on Plaintiff's report and Experian has promptly contacted the sources, deleted the erroneous items and provided Plaintiff with a copy of his disclosure.  Since that Plaintiff and Experian have been fixing minor errors that need to be fixed in order to prevent a subsequent mixed file and they need a little longer to get that done and complete the settlement.

     WHEREFORE:  Plaintiff requests until June 17, 2010 within which to file a Stipulation for Dismissal or Proposed Judgment with respect to Plaintiff's claims against Experian.

/s/ Blair Drazic_____
Blair K. Drazic #10208
591 25 Road, Suite A-4
Grand Junction, CO 81505
Phone 314-989-0071
Fax 888-714-0378
E-mail: blairdrazic@aol.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing will be served via the ECF system.

/s/ Blair Drazic_____